**616**

360 A.2d 634

COMMONWEALTH

v.

ROBERTS, Appellant.

Submitted March 22, 1976. George W. Gekas, and Melman, Gekas and Nicholas, for appellant; James D. Bogar, Assistant District Attorney, and Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.